| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Devin Sawdayi (SBN. 188847)<br>Law Office of Devin Sawdayi<br>10866 Wilshire Blvd., Suite 890<br>Los Angeles, CA 90024<br>Tel: 310-475-9399<br><br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Gevork Krkyan<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:13-bk-12529-MT<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** |
| | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST. PLEASE TAKE NOTICE THAT:**

1. Movant(s) Gevork Krkyan_____, has filed a motion entitled
   <u>Application for Supplemental Fees</u>_____
   _____.

2. Movant(s) is requesting that the court grant the motion without a hearing, as provided for in LBR 9013-1(o).

3. The motion is based upon the legal and factual grounds set forth in the motion and briefly described in the attached description of relief sought. (*Check appropriate box below*):

   ☒ The full motion is attached hereto; or

   ☐ The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

4. **<u>DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING</u>**: Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Date: __8/20/15__

Respectfully submitted,

_____
Signature of Movant or attorney for Movant

Devin Sawdayi
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012     Page 2     F 9013-1.2.NO.HEARING.NOTICE

Name, Address and Telephone Number of Attorney(s) or Debtor In Pro Per
**Devin Sawdayi (Bar No. 188847)**
**Devin Sawdayi, A Law Corporation**
**10866 Wilshire Blvd., Suite 890**
**Los Angeles, CA 90024**

[X] Attorney for Debtor(s)    (If applicable) Attorney's
[ ] Debtor In Pro Per    State Bar ID No.: __188847__

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

List all names, including trade names, used by Debtor(s) within the last 6 yea

IN RE:

Gevork Krkyan

Social Security No. __xxx-xx-9116__    Debtor
Social Security No. _____    Joint Debtor
Debtor(s) EIN No. _____

Chapter 13
Case No. __1:13-bk-12529-MT__

APPLICATION FOR SUPPLEMENTAL FEES:
TRUSTEE'S RECOMMENDATION AND ORDER THEREON

TO THE HONORABLE BANKRUPTCY JUDGE:

Applicant is counsel of record for the above-named Debtor(s) who is under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of $ __4,000.00__. Supplemental fees have been awarded as follows

__$1,195.39__, _____, _____. Total fees awarded to date __5,195.39__. Additional pending supplemental fee applications amount to _____.

Since confirmation of said Plan, Applicant has performed certain extraordinary services at the request of the Debtor as follows: (Itemize time spent. If more space is needed, attach second sheet.)

| DATE | ACTIVITY | HOURS |
|---|---|---|
| SEE ATTACHED LIST | | |

The reasonable value of said services is $ __5,951.76__, of which $ __0.00__ has been paid.
WHEREFORE, your Applicant prays that an allowance be made in the sum of $ __5,951.76__.
Dated: __8/20/15__

DEVIN SAWDAYI    Attorney for Debtor

| Date | Initial | Activity | Time |
|---|---|---|---|
| 9/24/13 | DS | Hearing on Motion for Turnover of Property | No charge |
| 6/23/14 | DS | Meeting with client | 0.1 hr |
| 7/25/14 | DS | Meeting with client | 0.4 hr |
| 8/21/14 | DS | Prepared and filed Motion to Modify or Suspend Plan Payments | $750 [No Look Fee] |
| 8/26/14 | DS | Received and review Trustee's Comments | 0.1 hr |
| 9/16/14 | DS | Received and reviewed Voluntary Dismissal of Trustee's Motion to Dismiss Case | 0.1 hr |
| 9/29/14 | DS | Prepared and filed Notice of Hearing | 0.1 hr |
| 10/2/14 | DS | Prepared and filed Response to Trustee's Motion to Dismiss Case | $350 [No Look Fee] |
| 10/28/14 | DS | Hearing Motion to Dismiss Case | 1.8 hr |
| 10/30/14 | DS | Prepared and filed Motion to Modify or Suspend Plan Payments | $750 [No Look Fee] |
| 11/18/14 | DS | Hearing Motion to Dismiss Case | 1.8 hr |
| 11/24/14 | DS | Received and review Trustee's Comments | 0.1 hr |
| 1/24/15 | DS | Email to client | 0.1 hr |
| 1/27/15 | DS | Continued Hearing Motion to Dismiss Case | 1.6 hr |
| 2/24/15 | DS | Continued Hearing Motion to Dismiss Case | 1.7 hr [reduced] |
| 4/28/15 | NB | Continued Hearing Motion to Dismiss Case | $65 |
| 5/26/15 | DS | Continued Hearing Motion to Dismiss Case | 2.2 hr |
| 6/4/15 | DS | Telephone call with client | 0.1 hr |
| 6/15/15 | DS | Telephone call with client | 0.2 hr |
| 6/16/15 | NB | Hearing Motion to Dismiss Case | $65 |
| 7/22/15 | DS | Telephone call with client (2 total) | 0.2 hr |
| 7/22/15 | DS | Detailed email | 0.3 hr |
| 7/27/15 | DS | Received and review Trustee's Comments | 0.1 hr |
| 7/28/15 | NB | Hearing Motion to Dismiss Case | $65 |
| 8/19/15 | DS | Telephone call with client | 0.2 hr |
| 8/20/15 | DS | Completed Supplemental Fee Application | 1.0 hr |

DS (Devin Sawdayi) $350.00/hr X 10.4 hour = $3,640.00
Appearance Attorney = $195.00
No Look Fee = $1,850.00

**Debtor: Mr. Gevork Krkyan**
**Case Number: 1:13-bk-12529-MT**

| A. | **Motion to Modify or Suspend Plan Payments [8/21/14]** |
|----|----|

Copy ............................................................................................................$67.50
Postage .........................................................................................................$25.92

| B. | **Motion to Modify or Suspend Plan Payments [10/30/14]** |
|----|----|

Copy ............................................................................................................$67.50
Postage .........................................................................................................$25.92

| C. | **Supplemental Fee Application** |
|----|----|

Copy ............................................................................................................$54.00
Postage .........................................................................................................$25.92

Total Fees = $5,685.00
Total Costs = $266.76

Total Balance..........................................................................................$5,951.76

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10866 Wilshire Blvd., Suite 890, Los Angeles, CA 90024

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF MOTION AND APPLICATION FOR SUPPLEMENTAL FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _8/25/15__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Bruce E Brown    BRUCE.BROWN2@WELLSFARGO.COM, BRUCE.BROWN2@WELLSFARGO.COM
- Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@mccarthyholthus.com
- Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
- Deborah L Rothschild    Deborah.Rothschild@wellsfargo.com, Deborah.Rothschild@wellsfargo.com
- Devin Sawdayi    devinslaw@gmail.com, diana4bk@gmail.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Kristin A Zilberstein    bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _8/25/15_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

All creditors will be served by BK Attorney Services

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/25/15 | Diana Chau | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing            America's Servicing Co.                United States Trustee (SV)
0973-1                                     MAC X7801-014                          915 Wilshire Blvd, Suite 1850
Case 1:13-bk-12529-MT                      3476 Stateview Blvd.                   Los Angeles, CA 90017-3560
Central District Of California             Fort Mill, SC 29715-7203
San Fernando Valley
Tue Aug 25 09:59:09 PDT 2015

Wilmington Trust Company, as successor Trust   San Fernando Valley Division      Advanta Bank Corp
c/o McCarthy & Holthus, LLP                    21041 Burbank Blvd,                Po Box 31032
1770 Fourth Avenue                             Woodland Hills, CA 91367-6606      Tampa, FL 33631-3032
San Diego, CA 92101-2607

Advanta Bank Corporation                   American Express Bank, FSB             American Express Centurion Bank
Resurgent Capital Services                 c o Becket and Lee LLP                 c o Becket and Lee LLP
PO Box 10368                               POB 3001                               POB 3001
Greenville, SC 29603-0368                  Malvern, PA 19355-0701                 Malvern, PA 19355-0701

Americas Servicing Co                      Amex                                   Amex
P.o. Box 10328                             771 Main                               Po Box 297871
Des Moines, IA 50306-0328                  Schererville, IN 46375                 Fort Lauderdale, FL 33329-7871

Asset Acceptance LLC                       (p)BANK OF AMERICA                     BANK OF AMERICA
Po Box 2036                                PO BOX 982238                          450 AMERICAN ST
Warren MI 48090-2036                       EL PASO TX 79998-2238                  SIMI VALLEY CA 93065-6285

(p)BMW FINANCIAL SERVICES                  Bac/fleet-bkcard                       Bureaus Investment Group Portfolio No 15 LLC
CUSTOMER SERVICE CENTER                    200 Tournament Dr                      c/o Recovery Management Systems Corp
PO BOX 3608                                Horsham, PA 19044-3606                 25 SE 2nd Avenue Suite 1120
DUBLIN OH 43016-0306                                                              Miami, FL 33131-1605

CACH LLC                                   CAPL/BSTBY                             CERASTES, LLC
4340 S MONACO ST UNIT 2                    26525 N RIVERWOODS BLVD                C O WEINSTEIN AND RILEY, PS
DENVER CO 80237-3408                       METTAWA IL 60045-3440                  2001 WESTERN AVENUE, STE 400
                                                                                  SEATTLE, WA 98121-3132

CHASE                                      CHASE                                  CITI
2500 WESTFIELD DR                          POB 15298                              POB 6241
ELGIN IL 60124-7836                        WILMINGTON DE 19850-5298               SIOUX FALLS SD 57117-6241

DISCOVER FIN SVCS LLC                      DSNB MACYS                             EVERHOME MORTGAGE CO
POB 15316                                  9111 DUKE BLVD                         301 W BAY ST
WILMINGTON DE 19850-5316                   MASON OH 45040-8999                    JACKSONVILLE FL 32202-5184

FEB/FRYS                                   FIRST USANA                            Gecrb/lowes
280 W 10200 S STE 200                      POB 15298                              Po Box 956005
SANDY UT 84070-4380                        WILMINGTON DE 19850-5298               Orlando, FL 32896-0001
```

| | | |
|---|---|---|
| Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Gmac<br>Po Box 12699<br>Glendale, AZ 85318 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Long Beach Acceptance<br>500 N State College Blvd<br>Orange, CA 92868-1604 | Mb Fin Svcs<br>36455 Corporate Dr<br>Farmington Hills, MI 48331-3552 |
| Pacific Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recvry&affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 |
| Saxon Mortgage Service<br>4708 Mercantile Dr N<br>Fort Worth, TX 76137-3605 | Sears/cbna<br>133200 Smith Rd<br>Cleveland, OH 44130 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 |
| Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | The Bureaus Inc<br>1717 Central St<br>Evanston, IL 60201-1507 | Unvl/citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| WELLS FARGO HOME EQUITY<br>POB 54780<br>LOS ANGELES CA 90054-0780 | Wells Fargo Bank Nv Na<br>P O Box 31557<br>Billings, MT 59107-1557 | Wilmington Trust Company<br>c/o Americas Servicing Company<br>Attention: Bankruptcy Department<br>MAC #D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |
| Zwicker & Associates, PC<br>A Law Firm Engaged In Debt Collecti<br>199 South Los Robles Ae, Suite 410<br>Pasadena, CA 91101-2438 | Devin Sawdayi<br>10866 Wilshire Blvd, Suite 890<br>Los Angeles, CA 90024-4350 | Elizabeth (SV) F Rojas (TR)<br>Valley Executive Center<br>15260 Ventura Blvd., Suite 710<br>Sherman Oaks, CA 91403-5342 |
| Gevork Krkyan<br>5446 Fulton Ave<br>Sherman Oaks, CA 91401-5357 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BANK OF AMERICA<br>4161 PIEDMONT PKWY<br>GREENSBORO NC 27410 | BMW FINANCIAL SERVICES<br>5515 PARKCENTER CIR<br>DUBLIN OH 43017 | (d)Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 |

```
Jefferson Capital Systems LLC        Portfolio Recovery Associates, LLC     End of Label Matrix
PO BOX 7999                          c/o Lowes                              Mailable recipients    51
SAINT CLOUD MN 56302-9617            POB 41067                              Bypassed recipients     0
                                     Norfolk VA 23541                       Total                  51
```